144 A.3d 704

ELVATON TOWNE CONDO.

v.

ROSE

Pet. Docket No. 188, Sept. Term, 2016

Court of Appeals of Maryland.

August 19, 2016

Petition and cross-petition for writ of certiorari granted.

∎

144 A.3d 704

GUPTA, Rahul

v.

STATE of Maryland

Pet. Docket No. 196, Sept. Term, 2016

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.